STATE OF NEW JERSEY v. ROGER JACKSON.

April 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ZABINO HERNANDEZ.

April 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. RAMON CORTES, *ET AL.*

April 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY WRIGHT.

April 18, 1972. Petition for certification denied.

GUSTAVO CARDONA v. EDEN REALTY CO., INC.

April 18, 1972. Petition for certification denied. (See 118 *N. J. Super.* 381).

MARY RUSSELL v. SALEM TRANSPORTATION CO.

April 18, 1972. Petition for certification granted.